In the Matter of THOMAS J. KELLY, Jr., an attorney at law.

Argued June 26, 1950.

For the rule: *Mr. Louis Santorf.*

For the respondent: *Mr. Robert B. Meyner.*

Respondent ordered suspended from the practice of law for a period of two years and until the further order of the Court, June 27, 1950.